UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEREMEY DENNETT and MARGARET BLACK, His Wife,   Case No.: 25-CV-8658 (JPO)

                Plaintiff,

                **ORDER**

      - against -

COURTYARD BY MARRIOTT NEW YORK
MANHATTAN/CENTRAL PARK, MARIOTT
INTERNATIONAL, INC., AIMBRIDGE HOSPITALITY,
LLC, GRANITE 1717 HOTEL LLC, and INTERSTATE
MANAGEMENT COMPANY, LLC d/b/a INTERSTATE MC,

                Defendant.
------------------------------------------------------------------------X

## ORDER REMANDING ACTION TO STATE COURT

Upon consideration of the Court's October 24, 2025 Order concerning subject-matter jurisdiction and Local Civil Rule 81.1 disclosures, and upon Defendants' submission advising that, based upon that ruling, Defendants are unable to provide the required Rule 81.1 information and therefore consent to remand; and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **REMANDED** to the Supreme Court of the State of New York, County of New York (Index No. 155478/2025), pursuant to 28 U.S.C. § 1447(c); and it is further

**ORDERED** that the Defendants shall file a copy of this Order with the Clerk of the Supreme Court of the State of New York, County of New York, and the Clerk of this Court shall terminate all pending deadlines as moot, and close this case; and it is further

**ORDERED** that each party shall bear its own fees and costs in connection with the removal and remand, without prejudice.

So ordered.
The Clerk of Court is directed to close this case.
11/10/2025

**SO ORDERED.**

Dated: November 10, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge